IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Market Scan Information Systems Inc. | : | Case No. 3:06-cv-254 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | |
| Reynolds and Reynolds Company et al. | : | |
| Defendants. | : | |

## ORDER UNSEALING CASE

This Court, upon its own motion, hereby Orders the instant case be unsealed.

Date: December 6, 2023

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**